UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GILMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF RIDGECREST, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-01022-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER TO CONTINUE DEADLINE TO AMEND PLEADINGS AND/OR ADD PARTIES<br><br>(Docs. 12, 13) |

Plaintiff Stephen Gilmore ("Plaintiff") initiated this action with the filing of a complaint against Defendants City of Ridgecrest and Matthew Rowland ("Defendants") on August 14, 2025. (Doc. 1). On November 13, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines, including, relevant here, the deadline to amend pleadings, including to add or substitute parties (including Doe defendants) and/or allegations and claims, by January 12, 2026. (Doc. 12).

Pending before the Court is the parties' stipulated request to amend the scheduling order to continue the deadline to amend pleadings and/or add parties, filed on January 12, 2026. (Doc. 13). The parties represent that they are still compiling documents and preparing their initial disclosures for exchange before the January 30, 2026, deadline, and Plaintiff would like to review Defendants' initial disclosures prior to determining whether to amend pleadings or add parties. *Id.* at 2. The parties therefore request the Court continue the deadline to amend pleadings and/or add

parties by 30 days up to and including February 11, 2026. *Id.*

Based on the parties' stipulated representations, the Court finds good cause exists to amend the scheduling order to continue the deadline to amend pleadings.

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 13), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Doc. 12) is amended, and the deadline to amend pleadings is **February 11, 2026**. All other case management dates and provisions of the operative scheduling order (Doc. 12) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

UNITED STATES MAGISTRATE JUDGE

2