**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIDGECREST, MATTHEW ROLAND, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:25-cv-1022 JLT CDB<br><br>ORDER APPROVING JOINT STIPULATION PURSUANT TO RULE 41, DISMISSING PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION, AND DISMISSING DEFENDANT CITY OF RIDGECREST WITH PREJUDICE<br><br>ORDER TERMINATING MOTION FOR JUDGMENT ON THE PLEADINGS AS MOOT<br><br>(Docs. 17, 18) |

The parties filed " Joint Stipulation for Dismissal" pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Doc. 18.) Pursuant to the stipulation, Plaintiff dismisses his second and third causes of action in the complaint against the City of Ridgecrest and dismisses the City as a defendant with prejudice. (*Id.* at 2.) The parties also stipulate to the dismissal of Plaintiff's claims against Officer Rowland in his official capacity, with prejudice. (*Id.*) With these terms, the parties "agree that the Motion for Judgment on the Pleadings … [is] moot." (*Id.* at 3.) Finally, the parties agree they "shall each be responsible for their respective costs of suits and attorneys' fees and any other costs" related to the dismissed claims. (*Id.*)

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation dated July 20, 2026 (Doc. 18) is **APPROVED**.

2. Plaintiff's second cause of action for Unconstitutional Custom/Practice and/or Policy against the City of Ridgecrest is **DISMISSED** with prejudice.

3. Plaintiff's third cause of action for Failure to Train and/or Discipline against the City of Ridgecrest is **DISMISSED** with prejudice.

4. The City of Ridgecrest is **DISMISSED** as a defendant with prejudice.

5. Plaintiff's claims against Defendant Matthew Rowland in his official capacity set are **DISMISSED** with prejudice.

6. The motion for judgment on the pleadings (Doc. 17) is terminated as **MOOT**.

7. Plaintiff and Defendants **SHALL** each be responsible for their respective costs of suits and attorneys' fees and any other costs or obligations which they may each have incurred because of the dismissed claims.

8. The action **PROCEEDS** on Plaintiff's first cause of action against Defendant Matthew Rowland in his personal capacity.

IT IS SO ORDERED.

Dated: _August 11, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE